**STATE of Missouri, Respondent,**

v.

**Laurence G. BONNER, Appellant.**

**No. ED 78213.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 5, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 19, 2001.

Application for Transfer Denied Aug. 21, 2001.

Emmett D. Queener, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, Sr., P.J., LAWRENCE G. CRAHAN, J. and GEORGE W. DRAPER III, J.

**ORDER**

PER CURIAM.

Lawrence G. Bonner (hereinafter, "Defendant") appeals his conviction of sale of a controlled substance pursuant to Section 195 .211 RSMo (2000). Following a jury trial, Defendant was sentenced to fifteen years in the Missouri Department of Corrections. He contends that the trial court erred in admitting evidence of other uncharged crimes and in failing to suppress his identification in a photographic line-up.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion reciting the facts and restating the principles of law applicable to this case would have no precedential value, we affirm the judgment pursuant to Rule 30.25(b).